# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2015

150713

IN RE DILLARD

_____

EDDIE L. DILLARD

      Plaintiff-Appellant,

v

CHIPPEWA CIRCUIT COURT JUDGE,

      Defendant-Appellee.

_____

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 150713
COA: 324421

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of January 15, 2015, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2015



jam

                          Clerk